IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



DEWANTREZ RESHENTAE HENDERSON,

    Petitioner

v.

DARLENE DREW,

    Respondent

CIVIL ACTION FILE NO.
1:17-CV-335-ODE-LTW

ORDER

This pro se 28 U.S.C. § 2241 habeas corpus petition is before the Court on the Final Report and Recommendation of United States Magistrate Judge Linda T. Walker filed July 31, 2017 [Doc. 8] ("R&R"). No objections have been filed.[1]

In the R&R, Judge Walker recommends that Respondent's Motion to Dismiss be granted, the Petition be denied, and this action be dismissed. Specifically, Judge Walker found that Petitioner has not shown any error in the execution of his federal sentence and, thus, is not entitled to habeas relief.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Respondent's Motion to Dismiss [Doc. 5] is GRANTED, Petitioner's § 2241 habeas corpus petition is DENIED, and this action is DISMISSED.

---

[1] On August 25, 2017 the Court received Petitioner's Motion for Extension of Time to Object to the R&R [Doc. 10]. That Motion was granted on September 8, 2017 [Doc. 11] and Petitioner was given fourteen days from the date of entry of the Order to file his objections. No objections have been filed and the time in which to do so has passed.

SO ORDERED, this 5 day of October, 2017.

                                            /s/ Orinda D. Evans
                                            ORINDA D. EVANS
                                            UNITED STATES DISTRICT JUDGE

SO ORDERED, this 5 day of October, 2017.